FILED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 703-JM |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| ADALBERTO LOPEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about February 10, 2008, within the Southern District of California, defendant ADALBERTO LOPEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 10.52 kilograms (23.14 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 11, 2008.

KAREN P. HEWITT
United States Attorney

/s/ CARLA J. BRESSLER
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
3/11/08