AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ADALBERTO LOPEZ | CASE NUMBER: 08CR703 JM |

I, __ADALBERTO LOPEZ__, the above named defendant, who is accused of committing the following offense:

   Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3-11-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

×_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer



FILED
MAR 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY